**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 13-7356**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MAURILIO PRIETO-RUBI,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville.  Norman K. Moon, Senior District Judge.  (3:06-cr-00017-NKM-1)

─────────────

Submitted:  December 19, 2013        Decided:  December 24, 2013

─────────────

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Maurilio Prieto-Rubi, Appellant Pro Se.  Ronald Mitchell Huber, Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurilio Prieto-Rubi appeals the district court's order denying his petition for writ of error coram nobis because he remains in federal custody. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Prieto-Rubi's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED